# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| D. B., | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )  Case No.: 4:12-CV-00654-JAR |
| | ) |
| ST. CHARLES COUNTY, MISSOURI; | ) |
| and JASON KING, | ) |
|       Defendants. | ) |

## DEFENDANT ST CHARLES COUNTY'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to F.R.Civ P. 56(a), Defendant St. Charles County moves this Court for an order entering summary judgment in its favor and dismissing Plaintiff's action against it with prejudice. As grounds for this motion, Defendant County states the following:

1. Based upon the undisputed facts in the record before this Court and the law applicable to those facts, St. Charles County is entitled to summary judgment on Plaintiff's claims against this Defendant.

2. In support of this motion, Defendant St. Charles County relies upon its memorandum in support of this motion, its statement of uncontroverted material facts, and upon the documents submitted in support thereof.

WHEREFORE, Defendant St. Charles County prays this Court enter an order granting summary judgment and dismissing Plaintiff's action against it with prejudice and awarding Defendant County such further relief as this Court deems proper.

        Respectfully Submitted,

        OFFICE OF THE ST CHARLES
        COUNTY COUNSELOR

        By:    */s/ Beverly E. Temple*
               BEVERLY E. TEMPLE, #36095MO
               100 North Third Street, Suite 216
               St. Charles, MO 63301
               636.9649.7540
               636.949.7541 (facsimile)
               btemple@sccmo.org
               Attorneys for Defendant St. Charles
               County, Missouri

### CERTIFICATE OF SERVICE

     I hereby certify that on September 6, 2013, a copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to:

| | |
|---|---|
| Stephen J. Ryals | Donald Hood |
| Attorney for Plaintiff | Attorney for Defendant King |
| 3120 Locust Street | P. O. Box 220366 |
| St. Louis, MO 63103 | Kirkwood, MO 63122 |
| Email: ryals@rblawstl.com | hoodlaw@sbcglobal.net |

                                       */s/ Beverly E. Temple*