# ST CHARLES COUNTY SHERIFF'S DEPARTMENT

PRESENTS TO

## JASON KING

A

## Certificate of Completion

Of 4 hour(s) of law enforcement continuing education for:

## LESS LETHAL REFRESHER

In the area of
(core curricula area)

## SKILL DEVELOPMENT

Date(s) held

## FEBRUARY 9, 2004

St. Charles, Missouri

This course is formatted to meet Missouri POST requirements for In-Service Continuing Education Hours (maximum of 24 hours per 3 years reporting period) if provided materials are properly filed and maintained by the attending agencies

Provider:     St. Charles County Sheriff's Department
              301 North Second Street, St. Charles, MO 63301

_Sheriff Swope_
Sheriff

_D. Cathey_
Instructor



The Missouri POST Program has approved this course for "Approved Provider" training credit, POST Control Number 33001 1307.

Special Agent in Charge, St. Louis Field Division

**TAS**

**Which device we**

Rank: _____

Dept. / Comp

Phone: _____ 6

Email: _____

Address / Sta

Number of ar

Instructor to

De

Re

Of

Of

Dr

Dr
last

# United States Department of Justice
## Drug Enforcement Administration

This is to certify that

*Jason D. King*

Has successfully completed the course of instruction in
Basic Narcotic Investigations



in the area of Legal Study 10, Technical Study 34, Skill Development 26,

and Interpersonal Perspectives 6

Conducted by the United States Drug Enforcement Administration's
Training Staff at St. Louis, Missouri

In testimony thereof I subscribe my name
on this 6th day of February, 2004

_____
Coordinator

_____
Special Agent in Charge, St. Louis Field Division

The Missouri POST Program has approved this course for "Approved Provider"
training credit, POST Control Number 33001130Z.





# TASER® Non-Lethal Device User Certification Application

## PRINT LEGIBLY AND CLEARLY PLEASE!

**Which device were you certified in (check one or both):** ☐ M26 ☒ X26

Rank: _Detective_     Name: _Jason King_

Dept. / Company: _St. Charles County Sheriff's Department_

Phone: _636-949-0809_     Fax: _____

Email: _____

Address/State/Zip: _301 N. 2nd St._

_St. Charles, MO. 63301_

Number of answers correct: _____ out of 50. (80% minimum = 40 correct answers)

Instructor to initial that student has successfully completed the following practical application tests:

_✓_ Demonstration of proper finger positions for aiming and firing.

_✓_ Reload TASER device 5 times in 15 seconds (watch finger position, disqualify for fingers in front of blast doors).

_✓_ Officer can control unit adequately when commanded "Arm - Spark - Safe" at random.

_✓_ Officer can remove and reinstall battery correctly.

_✓_ Draw TASER device and hit target at 8-foot distance (time limit 5 seconds).

_✓_ Draw TASER device (select the unit most likely to be used in the field) hit target at 8 feet, reload, hit 2nd target at 12 feet with laser sight (time limit 10 seconds).

I hereby certify that the above named applicant has successfully completed a minimum of four hours training, has passed the written test with a score of 80% or better, has passed the above functional tests, has demonstrated sufficient proficiency in the function, and use of the above TASER non-lethal device checked above and is hereby certified as a trained user of this system.

Attested by Certifying Instructor: _TOM Roelf_     _[Signature]_

                                          (Print Name)              (Signature)

Date: _1-11-05_

## *Maintain a file copy of this certification in department records.*

© 2004 TASER International, Inc. TASER®, Shaped Pulse™ and the Globe & Lightning Bolt Logo are trademarks of TASER International, Inc.

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

## JASON KING

for 7 hours of law enforcement training in

# THIRD QUARTER - 2004 FIREARMS TRAINING

earning 7 hours of Skill Development

held on November 1, 2004
at
St. Charles County Sheriff's Department, Defiance, Missouri

_Michael L. Kernan_
_Academy Director_

*This course meets Missouri POST requirements for continuing law enforcement education hours. All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy; A POST approved provider.*

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

# JASON KING

for 7 hours of law enforcement training in

## 2003 THIRD QUARTER FIREARMS TRAINING

earning 7 hours of Skill Development

held on November 17, 2003
at
St. Charles County Sheriff's Department, Defiance, Missouri

*Michael L. Kernan*
*Academy Director*

*This course meets Missouri POST requirements for continuing law enforcement education hours.  All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy; A POST approved provider.*

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

# JASON KING

for 7 hours of law enforcement training in

# 2003 SECOND QUARTER FIREARMS TRAINING

earning 7 hours of Skill Development

held on July 28, 2003
at
St. Charles County Sheriff's Department, Defiance, Missouri

_____

Michael L. Kernan
Academy Director

*This course meets Missouri POST requirements for continuing law enforcement education hours. All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy; A POST approved provider.*

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

# JASON KING

for 40 hours of law enforcement training in

# STANDARD FIELD SOBRIETY/ BAC TYPE III

earning 6 hours of Legal Studies, 6 hours of Interpersonal Perspectives, 20 hours of Technical Studies and 8 hours of Skill Development

held on October 13-17, 2003
at
St. Charles Community College, St Peters, Missouri

*Michael L. Kernan*
*Academy Director*

*This course meets Missouri POST requirements for continuing law enforcement education hours. All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy; A POST approved provider.*

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

# JASON KING

for 4 hours of law enforcement training in

# TRAFFIC STOPS

earning 4 hours of Interpersonal Perspectives

held on August 28, 2003
at
St. Charles Community College, St. Peters, Missouri

_____
Michael L. Keenan
Academy Director

*This course meets Missouri POST requirements for continuing law enforcement education hours. All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy; A POST approved provider.*

*This course meets the one hour annual racial profiling requirement.*



# Certificate of Attendance

For a 16 hour course entitled

## Sexual Assault Investigation

issued to

## Jason D. King



CALEA
Accredited

### 16 Continuing Education Hours

12 Hours Technical Studies Core Area - 2 Hours Legal Studies Core Area
2 Hours Interpersonal Perspectives Core Area
October 6 - 7, 2003
Held at the St. Louis County & Municipal Police Academy

Captain Ken Gregory, Director
St. Louis County and Municipal Police Academy

A P.O.S.T. Approved Provider for Continuing Education



# Certificate of Attendance

For a 16 hour course entitled

## Missing Persons Investigations

issued to

## Jason King

### 16 Continuing Education Hours

1 Hour Interpersonal Perspectives Core Area – 1 Hour Legal Studies Core Area
14 Hours Technical Studies Core Area
September 25 - 26, 2003
Held at the St. Louis County & Municipal Police Academy



CALEA
Accredited

_____
Captain Ken Gregory, Director
St. Louis County and Municipal Police Academy

A P.O.S.T. Approved Provider for Continuing Education



# CENTRAL

Missouri State University

## Missouri Safety Center

awards

### JASON D. KING

Certification of Completion for 16 hours of instruction in

## BASIC POLICE DRIVING

The POST approved program for:

| | |
|---|---|
| 8.0 | Technical Studies |
| No. of CEH's | Core Curriculum Area |
| 7.0 | Skill Development |
| No. of CEH's | Core Curriculum Area |
| 0.0 | Interpersonal Perspectives |
| No. of CEH's | Core Curriculum Area |
| 0.0 | Legal Studies |
| No. of CEH's | Core Curriculum Area |

Meets the Missouri POST approved guidelines for CEH's from this Missouri POST approved provider.

Given in Warrensburg, Missouri
on September 9, 2003

SSN: 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

ST. CHARLES COUNTY SHERIFF'S DEPT.



Director, Missouri Safety Center

Administrator of Post Programs

Program Manager



# Certificate of Attendance

for a 4 hour course entitled

## Rave of Club Drugs

issued to

## Jason D King

4 Continuing Education Hours
4 Hours Technical Studies Core Area
September 19, 2003
Held at the St. Louis County & Municipal Police Academy



CALEA
Accredited

*Captain Ken Gregory, Director*
**St. Louis County and Municipal Police Academy**

A.P.O.S.T. Approved Provider for Continuing Education



ST. LOUIS COUNTY AND MUNICIPAL
Police Academy

# Certificate of Attendance

For a 4 hour course entitled

## Clandestine Methamphetamine Lab Training

issued to

### Jason D. King



CALEA
Accredited

## 4 Continuing Education Hours

1 Hour Legal Studies Core Area - 3 Hours Technical Studies Core Area
September 5, 2003
Held at Arnold Police Department – Arnold, Missouri

Captain Ken Gregory, Director
St. Louis County and Municipal Police Academy

A P.O.S.T. Approved Provider for Continuing Education

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

## JASON KING

for 7 hours of law enforcement training in

## FIREARMS TRAINING

earning 7 hours of Skill Development

held on March 31, 2003
at
St. Charles County Training Range, Defiance, Missouri

_Michael L. Kernan_
Academy Director

*This course meets Missouri POST requirements for continuing law enforcement education hours. All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy; A POST approved provider.*

# ST CHARLES COUNTY SHERIFF'S DEPARTMENT

PRESENTS TO

## JASON KING

A

## Certificate of Completion

Of 1.5 hour(s) of law enforcement continuing education for:

## P.P.C.T. REFRESHER

In the area of
(core curricula area)

## SKILL DEVELOPMENT

Date(s) held

## MARCH 6, 2003

St. Charles, Missouri

This course is formatted to meet Missouri POST requirements for In-Service Continuing Education Hours (maximum of 24 hours per 3 years reporting period) if provided materials are properly filed and maintained by the attending agencies

Provider:  St. Charles County Sheriff's Department
301 North Second Street,  St. Charles, MO 63301

_Sheriff Swope_
Sheriff

_K Street_ 5/66
Instructor

# ST CHARLES COUNTY SHERIFF'S DEPARTMENT

PRESENTS TO

## JASON KING

A

## Certificate of Completion

Of .5 hour(s) of law enforcement continuing education for:

# GAS MASK REFRESHER

In the area of
(core curricula area)

# SKILL DEVELOPMENT

Date(s) held

# MARCH 6, 2003

St. Charles, Missouri

This course is formatted to meet Missouri POST requirements for In-Service Continuing Education Hours (maximum of 24 hours per 3 years reporting period) if provided materials are properly filed and maintained by the attending agencies

Provider:     St. Charles County Sheriff's Department
              301 North Second Street, St. Charles, MO 63301

_Sheriff Suope_
Sheriff

_Dep J O L #A C25_
Instructor

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

# JASON KING

for 8 hours of law enforcement training in

# FIRST AID/ADULT CPR

earning 4 hours of Technical Studies
and 4 hours of Skill Development

held on June 19, 2003
at
St. Charles County Sheriff's Department, Defiance, Missouri

_Michael L. Kernan_
_Academy Director_

*This course meets Missouri POST requirements for continuing law enforcement education hours. All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy; A POST approved provider.*

# ST CHARLES COUNTY SHERIFF'S DEPARTMENT

PRESENTS TO

## JASON KING

A

## Certificate of Completion

Of 1.5 hour(s) of law enforcement continuing education for:

## O.C.
## REFRESHER

In the area of
(core curricula area)

## SKILL DEVELOPMENT

Date(s) held

## MARCH 6, 2003

St. Charles, Missouri

This course is formatted to meet Missouri POST requirements for In-Service Continuing Education Hours (maximum of 24 hours per 3 years reporting period) if provided materials are properly filed and maintained by the attending agencies

Provider:    St. Charles County Sheriff's Department
             301 North Second Street,  St. Charles, MO  63301

_____
Sheriff

_____
Instructor

# ST CHARLES COUNTY
# SHERIFF'S DEPARTMENT

PRESENTS TO

## JASON KING

A

## Certificate of Completion

Of 4 hour(s) of law enforcement continuing education for:

# LESS LETHAL
# REFRESHER

In the area of
(core curricula area)

# SKILL DEVELOPMENT

Date(s) held

# MARCH 6, 2003

St. Charles, Missouri

This course is formatted to meet Missouri POST requirements for In-Service Continuing Education Hours (maximum of 24 hours per 3 years reporting period) if provided materials are properly filed and maintained by the attending agencies

Provider:    St. Charles County Sheriff's Department
             301 North Second Street,  St. Charles, MO  63301

_Sheriff Swope_
Sheriff

_DEP. D. CATHEY #572_
Instructor

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

# JASON KING

for 8 hours of law enforcement training in

## METH LAB INVESTIGATION

earning 8 hours in Technical  Skills

held on December 11,  2002
at
St. Charles Community College,  St. Charles, Missouri

_Michael L. Kernan_
_Academy Director_

*This course meets Missouri POST requirements for continuing law enforcement education hours.  All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy;  A POST approved provider.*

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

## JASON KING

for 8 hours of law enforcement training in

### FIREARMS TRAINING

earning 8 hours in Skill Development

held on December 2, 2002
at
St. Charles County Sheriff's Department, St. Charles, Missouri

_Michael L. Kernan_
_Academy Director_

*This course meets Missouri POST requirements for continuing law enforcement education hours. All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy; A POST approved provider.*

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

# JASON KING

for 8 hours of law enforcement training in

## FATS

earning 7 hours in Skill Development and 1 hour in Legal Skills

held on December 12, 2002
at
St. Charles Community College, St. Charles, Missouri

_Michael L. Kernan_
_Academy Director_

*This course meets Missouri POST requirements for continuing law enforcement education hours. All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy; A POST approved provider.*

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

# JASON KING

for 4 hours of law enforcement training in

## CULTURAL DIVERSITY

earning 4 hours in Interpersonal Perspectives

held on December 9, 2002
at
St. Charles Community College, St. Charles, Missouri

*Michael L. Kernan*

Michael L. Kernan
Academy Director

*This course meets Missouri POST requirements for continuing law enforcement education hours. All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy; A POST approved provider.*

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

# JASON KING

for 4 hours of law enforcement training in

## COMMUNICATING WITH TODAY'S YOUTH

earning 4 hours in Interpersonal Perspectives
held on December 9, 2002
at
St. Charles Community College, St. Charles, Missouri

*Michael L. Kernan*
*Academy Director*

*This course meets Missouri POST requirements for continuing law enforcement education hours. All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy; A POST approved provider.*

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

# JASON KING

for 4 hours of law enforcement training in

## LEGAL UPDATES

earning 4 hours in Legal Skills

held on December 10, 2002
at
St. Charles Community College, St. Charles, Missouri

*Michael L. Kernan*
*Academy Director*

*This course meets Missouri POST requirements for continuing law enforcement education hours. All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy; A POST approved provider.*

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

# JASON KING

for 4 hours of law enforcement training in

## JUVENILE LAW AND PROCEDURES

earning 4 hours in Legal Skills

held on December 10, 2002
at
St. Charles Community College, St. Charles, Missouri

_Michael L. Kernan_
_Academy Director_

*This course meets Missouri POST requirements for continuing law enforcement education hours. All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy; A POST approved provider.*

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

# JASON KING

for 8 hours of law enforcement training in

## DEFENSIVE TACTICS

earning 8 hours in Skill Development

held on December 13, 2002
at
St. Charles Community College, St. Charles, Missouri

_Michael L. Kernan_
_Academy Director_

*This course meets Missouri POST requirements for continuing law enforcement education hours. All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy; A POST approved provider.*

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

## JASON KING

for 8 hours of law enforcement training in

## FIREARMS TRAINING

earning 8 hours of Skill Development

held on  April 29, 2002
at
St. Charles County Sheriff's Department, St. Charles, Missouri

*Michael L. Kernan*
*Academy Director*

*This course meets Missouri POST requirements for continuing law enforcement education hours.  All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy; A POST approved provider.*

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

## JASON KING

for 8 hours of law enforcement training in

## FIREARMS TRAINING

earning 8 hours in Skill Development

held on June 17, 2002
at
St. Charles County Sheriff's Department, St. Charles, Missouri

*Michael L. Kernan*
*Academy Director*

*This course meets Missouri POST requirements for continuing law enforcement education hours. All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy; A POST approved provider.*

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

# JASON KING

for 4 hours of law enforcement training in

## CULTURAL DIVERSITY

earning 4 hours in Interpersonal Perspectives

held on December 9, 2002
at
St. Charles Community College, St. Charles, Missouri

_Michael L. Kernan_
Academy Director

*This course meets Missouri POST requirements for continuing law enforcement education hours. All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy; A POST approved provider.*

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

## JASON KING

for 4 hours of law enforcement training in

## VERBAL JUDO REFRESHER

earning 4 hours in Interpersonal Perspectives

held October 25, 2002
at
St. Charles Community College, St. Peters, Missouri

*Michael L. Kernan*
*Academy Director*

*This course meets Missouri POST requirements for continuing law enforcement education hours. All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy;  A POST approved provider.*

# ST CHARLES COUNTY
# SHERIFF'S DEPARTMENT

PRESENTS TO

## JASON KING

A

## Certificate of Completion

Of 4 hour(s) of law enforcement continuing education for:

# FALP #25 IMPROVING
# SHOTGUN SHOOTING ABILITIES

In the area of
(core curricula area)

## SKILL DEVELOPMENT

Date(s) held

# SEPTEMBER 28, 2001

St. Charles, Missouri

This course is formatted to meet Missouri POST requirements for In-Service Continuing
Education Hours (maximum of 24 hours per 3 years reporting period) if provided materials are
properly filed and maintained by the attending agencies

Provider:    St. Charles County Sheriff's Department
             301 North Second Street, St. Charles, MO 63301

Sheriff                                          Instructor

# ST CHARLES COUNTY
# SHERIFF'S DEPARTMENT

PRESENTS TO

## JASON KING

A

## Certificate of Completion

Of 4 hour(s) of law enforcement continuing education for:

## FALP #26
## ADD'L HANDGUN TRAINING

In the area of
(core curricula area)

## SKILL DEVELOPMENT

Date(s) held

## SEPTEMBER 20, 2001

St. Charles, Missouri

This course is formatted to meet Missouri POST requirements for In-Service Continuing
Education Hours (maximum of 24 hours per 3 years reporting period) if provided materials are
properly filed and maintained by the attending agencies

Provider:     St. Charles County Sheriff's Department
              301 North Second Street,  St. Charles, MO  63301

_Douglas Saretti_ _____     _John C Bush_ _____
Sheriff                          Instructor

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

# JASON KING

for 8 hours of law enforcement training in

# DRIVER TRAINING

earning 2 hours of credit in Technical Studies, 2 hours in Legal Studies and
4 hours in Skill Development

held June 14, 2001
at
St. Charles Family Arena, St. Charles, Missouri

*Michael L. Kernan*
*Academy Director*

*This course meets Missouri POST requirements for continuing law enforcement
education hours. All course materials are properly filed and maintained by the
Eastern Missouri Law Enforcement Training Academy;
A POST approved provider.*

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

## JASON KING

for 4 hours of law enforcement training in

## HAZARDOUS MATERIALS AWARENESS

earning 4 hours of credit in the Technical Studies category.

held September 26, 2001
at
St. Peters City Hall, St. Peters, Missouri

*Michael L. Kernan*
*Academy Director*

*This course meets Missouri POST requirements for continuing law enforcement education hours. All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy;*
*A POST approved provider.*

# ST CHARLES COUNTY
# SHERIFF'S DEPARTMENT

PRESENTS TO

## JASON KING

A

## Certificate of Completion

Of 1 hour(s) of law enforcement continuing education for:

# O. C.
# REFRESHER

In the area of
(core curricula area)

# SKILL DEVELOPMENT

Date(s) held

# JANUARY 7, 2002

St. Charles, Missouri

This course is formatted to meet Missouri POST requirements for In-Service Continuing
Education Hours (maximum of 24 hours per 3 years reporting period) if provided materials are
properly filed and maintained by the attending agencies

Provider:     St. Charles County Sheriff's Department
              301 North Second Street,  St. Charles, MO  63301

_____          _____
Sheriff                                    Instructor

# EASTERN MISSOURI LAW ENFORCEMENT TRAINING ACADEMY

presents this

## Certificate of Completion

to

## JASON KING

for 8 hours of law enforcement training in

## WEAPONS RETENTION AND DISARMING

earning 8 hours in Technical Studies

held February 20, 2002
at
St. Charles Community College, St. Charles, Missouri

*Michael L. Kernan*
*Academy Director*

*This course meets Missouri POST requirements for continuing law enforcement education hours. All course materials are properly filed and maintained by the Eastern Missouri Law Enforcement Training Academy; A POST approved provider.*

# ST CHARLES COUNTY SHERIFF'S DEPARTMENT

PRESENTS TO

## JASON D KING

A

## Certificate of Completion

Of 4 hour(s) of law enforcement continuing education for:

## CONTAINMENT PROCEDURES

Date(s) held

## JANUARY 7, 2002

St. Charles, Missouri

_____
Sheriff

_____
Instructor

# ST CHARLES COUNTY SHERIFF`S DEPARTMENT

PRESENTS TO

## JASON KING

A

## Certificate of Completion

of 7 hour(s) of law enforcement continuing education for:

## FALP #3R (Classroom)
## GLOCK HANDGUN TRAINING

in the area of
(core curricula area)

## SKILL DEVELOPMENT

date(s) held

## MAY 03, 2001

St. Charles, Missouri

This course is formatted to meet Missouri POST requirements for In-Service Continuing Education Hours (maximum of 24 hours per 3 years reporting period) if provided materials are properly filed and maintained by the attending agencies

Provider:  St. Charles County Sheriffs Department
301 North Second Street, St. Charles, MO 63301

**Sheriff**

**Instructor**

# ST CHARLES COUNTY SHERIFF`S DEPARTMENT

PRESENTS TO

## JASON KING

A

## Certificate of Completion

of 4 hour(s) of law enforcement continuing education for:

## FALP #3AR (Range)
## GLOCK PISTOL FAMILIARIZATION

in the area of
(core curricula area)

## SKILL DEVELOPMENT

date(s) held

## MAY 04, 2001

St. Charles, Missouri

This course is formatted to meet Missouri POST requirements for In-Service Continuing Education Hours (maximum of 24 hours per 3 years reporting period) if provided materials are properly filed and maintained by the attending agencies

Provider:   St. Charles County Sheriffs Department
            301 North Second Street,  St. Charles, MO  63301

_Douglas Saulteer_
**Sheriff**

_John C Bush_
**Instructor**

# ST CHARLES COUNTY
# SHERIFF`S DEPARTMENT

PRESENTS TO

## JASON KING

A

## Certificate of Completion

of 5 hour(s) of law enforcement continuing education for:

## FALP #3AR (Range)
## GLOCK PISTOL FAMILIARIZATION

in the area of
(core curricula area)

## SKILL DEVELOPMENT

date(s) held

## MAY 10, 2001

St. Charles, Missouri

This course is formatted to meet Missouri POST requirements for In-Service Continuing Education Hours (maximum of 24 hours per 3 years reporting period) if provided materials are properly filed and maintained by the attending agencies

Provider:    St. Charles County Sheriffs Department
             301 North Second Street, St. Charles, MO 63301

*Douglas Saulter*
**Sheriff**

*John C Bush*
**Instructor**

# ST CHARLES COUNTY
# SHERIFF`S DEPARTMENT

PRESENTS TO

## JASON KING

A

## Certificate of Completion

of 4 hour(s) of law enforcement continuing education for:

## FALP #1-R
## BASIC SHOTGUN TRAINING

in the area of
(core curricula area)

## SKILL DEVELOPMENT

date(s) held

## MAY 11, 2001

St. Charles, Missouri

This course is formatted to meet Missouri POST requirements for In-Service Continuing Education Hours (maximum of 24 hours per 3 years reporting period) if provided materials are properly filed and maintained by the attending agencies

Provider:     St. Charles County Sheriffs Department
              301 North Second Street,  St. Charles, MO  63301

**Sheriff**                                  **Instructor**

# ST CHARLES COUNTY SHERIFF`S DEPARTMENT

PRESENTS TO

## JASON KING

A

### Certificate of Completion

of 4 hour(s) of law enforcement continuing education for:

## P. P. C. T. CERTIFICATION

in the area of
(core curricula area)

## SKILL DEVELOPMENT

date(s) held

## APRIL 25, 2001

St. Charles, Missouri

This course is formatted to meet Missouri POST requirements for In-Service Continuing Education Hours (maximum of 24 hours per 3 years reporting period) if provided materials are properly filed and maintained by the attending agencies

Provider:  St. Charles County Sheriffs Department
301 North Second Street,  St. Charles, MO  63301

**Sheriff**

DEP. DANNY BROWN  #533
**Instructor**



# ST CHARLES COUNTY
# SHERIFF'S DEPARTMENT

PRESENTS TO

## JASON KING

A

# Certificate of Completion

of **2.5** hour(s) of law enforcement continuing education for:

## O. C. CERTIFICATION

in the area of:
(core curricula area)

## SKILL DEVELOPMENT

date(s) held

## APRIL 24, 2001

St. Charles, Missouri

This course is formatted to meet Missouri POST requirements for In-Service Continuing Education Hours (maximum of 24 hours per 3 years reporting period) if provided materials are properly filed and maintained by the attending agencies.

Provider: St. Charles County Sheriff's Department
301 North 2nd St, St . Charles, MO 63301

_____
Sheriff

_____
Instructor



# ST CHARLES COUNTY
# SHERIFF'S DEPARTMENT

PRESENTS TO

## JASON KING

A

# Certificate of Completion

of **2** hour(s) of law enforcement continuing education for:

## A S P TACTICAL BATON

in the area of:
(core curricula area)

## SKILL DEVELOPMENT

date(s) held

## APRIL 24, 2001

St. Charles, Missouri

This course is formatted to meet Missouri POST requirements for In-Service Continuing Education Hours (maximum of 24 hours per 3 years reporting period) if provided materials are properly filed and maintained by the attending agencies.

Provider: St. Charles County Sheriff's Department
301 North 2nd St, St . Charles, MO 63301

_____
**Sheriff**

_____
**Instructor**



ST. LOUIS COUNTY AND MUNICIPAL

Police Academy

# Certificate of Attendance

for an 8 hour course entitled

## Communication Strategies for Law Enforcement

issued to

## Jason D. King

### 8 Continuing Education Hours

Interpersonal Perspectives Core Area

February 10, 2000

Held at the St. Louis County and Municipal Police Academy



CALEA
Accredited

Captain Jack Webb, Director
St. Louis County and Municipal Police Academy

A P.O.S.T. Approved Provider for Continuing Education



ST. LOUIS COUNTY

Police Academy

AND MUNICIPAL

# Certificate of Training

For a 4 hour course entitled

## *Windows 95 Starts Here - Computer Training -*

issued to

### Jason D. King

4 Continuing Education Hours

Technical Studies Core Area

March 16, 1999

Held at the St. Louis County and Municipal Police Academy

Captain Jack Webb, Director
St. Louis County and Municipal Police Academy

A P.O.S.T. Approved Provider for Continuing Education



# State of Missouri
## Department of Public Safety

Hereby grants Class A certification to

## Jason D King

As required under the provisions of sections 590.100 to 590.180 of the Revised Statutes of Missouri.

issued on this 1st day of June, 1998.

_____
Director, Department of Public Safety

Class A certification allows you to seek employment as a peace/reserve officer anywhere in the state of Missouri. Your social security number is your certificate number.

# Eastern Missouri Police Academy



Be it known that

Jason David King

having completed the required course of study, is this day, by action of the Academy Staff and Board of Directors,
declared a graduate of The Eastern Missouri Police Academy and therefore is qualified as a

Police Officer

by reason of completion of 840 Hours of basic police training.
Given this 1st day of June in the year of our Lord 1998.

_____
Board President

_____
Training Coordinator

_____
Academy Director