**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| D.B., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-CV-00654 JAR |
| | ) | |
| ST. CHARLES COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT ANNOUNCEMENT OF SETTLEMENT**

COME NOW the parties, by and through their respective counsel, who announce to the Court that this cause has been settled.  The parties respectfully request that the case be removed from the trial docket and that the parties be given forty-five days within which to file the Stipulation for Dismissal.

Respectfully submitted,

**THE RYALS LAW FIRM, P.C.**

By:    */s/ Stephen M. Ryals*
Stephen M. Ryals MO34149
16640 Chesterfield Grove Road
Chesterfield, MO 63005
(314) 862-6262 *phone*
(314) 536-6062 *facsimile*
ryals@rblawstl.com *email*
Attorney for Plaintiff

**THE OFFICE OF THE ST CHARLES**
**COUNTY COUNSELOR**

By:     /s/ Beverly E. Temple, 36095MO
100 North Third Street, Suite 216
St. Charles,  MO  63301
636.949.7540

-1-

636.949.7541 (facsimile)
btemple@sccmo.org email
Attorneys for Defendant County

**THE HOOD LAW OFFICE LLC**
By:  *e/s/ Donald L. Hood*
Donald L. Hood  MO57191
PO Box 220366
St. Louis, MO  63122
(314) 799-2547  *phone*
(314) 821-2214  *facsimile*
hoodlaw@sbcglobal.net *email*
Attorney for Defendant Jason King

<u>**CERTIFICATE OF SERVICE**</u>

The foregoing was electronically filed with the United States District
Court for the Eastern District of Missouri and a copy was served upon all parties of record
by means of the Court's Notice of Electronic Filing, on December 6, 2013

*/s/ Stephen M. Ryals MO34149*

-2-